# EXHIBIT A

<u>Shad Klinge</u>

vs.

<u>Equifax Information Services, LLC</u>

**ELECTRONICALLY FILED**
2017 Feb 22 PM 5:50
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2017-LM-000882

Division: 11

**SUMMONS**

To the above-named Defendant/Respondent:

> **Equifax Information Services LLC**
> **RA: CORPORATION SERVICE COMPANY**
> **2900 SW WANAMAKER DRIVE SUITE 204**
> **Topeka, KS 66614**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 03/20/2017, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you.  The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed  on 02/23/2017 08:06:45 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2017 Feb 22 PM 5:50
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2017-LM-000882

Shad Klinge

vs.

Equifax Information Services, LLC

Division: 11

**SUMMONS**

To the above-named Defendant/Respondent:

**Equifax Information Services LLC**
**RA: CORPORATION SERVICE COMPANY**
**2900 SW WANAMAKER DRIVE SUITE 204**
**Topeka, KS 66614**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 03/20/2017, to be held at the following location:

Wyandotte County District Court
Wyandotte County District Court
710 N. 7th St.
Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed on 02/23/2017 08:06:45 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2017 Feb 22 PM 5:50
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2017-LM-000882

Shad Klinge

vs.

Equifax Information Services, LLC

Division: 11

**SUMMONS**

To the above-named Defendant/Respondent:

> **Equifax Information Services LLC**
> **RA: CORPORATION SERVICE COMPANY**
> **2900 SW WANAMAKER DRIVE SUITE 204**
> **Topeka, KS 66614**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 03/20/2017, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed  on 02/23/2017 08:06:45 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2017 Feb 22 PM 5:50
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2017-LM-000882

In the District Court of Wyandotte County, Kansas
Limited Actions Division

SHAD Y KLINGE,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,

        Defendant.

Case Number:   2017-LM-000882

Division:  11

## PETITION

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendant states as follows:

1.      This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter FCRA) 15 U.S.C. §1681 et seq.

2.      Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3.      Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

4.      Plaintiff is a resident of Kansas.

5.      Defendant Equifax Information Systems, LLC (Equifax) is a Delaware Limited Liability Company.

6.     At all times relevant hereto, Defendant Equifax was and is engaged in the business of credit reporting, all within Kansas.

7.     Defendant has been reporting a judgment and tax liens as due and owing on Plaintiff's credit report which is false.

8.     The judgments were satisfied in December 2016.

9.     Defendant updated on lien, but not the other three or the judgment.

10.    Defendant has no means of consistently monitoring or updating judgments once they are placed on Plaintiff's credit report.

11.    Plaintiff's creditors and potential creditors have accessed Plaintiff's reports while the misreporting was on the credit report and were misinformed by Defendants that Plaintiff had a judgment.

12.    Defendant has been reporting and reinserting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information").

13.    The failure to update the public record has prevented Plaintiff from getting credit.

14.    Plaintiff has provided information to Defendant to update the records and Defendant still has not updated them.

15.    The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, and Plaintiff's financial responsibility as a debtor and s credit worthiness.

## Count I – Violations of the Fair Credit Reporting Act

Comes now Plaintiff and for Count I against the Defendant state and alleges to the Court as follows:

16.     Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

17.     At all times pertinent hereto, Equifax regularly engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

18.     At all times pertinent hereto, the Plaintiff Shad Y Klinge is a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

19.     At all times pertinent hereto, the above-mentioned credit reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

20.     Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to

the Plaintiff for willfully and negligently failing to comply with the requirements

imposed on consumer reporting agencies of information pursuant to 15 U.S.C. §1681e(b)

in assuring reasonable procedures to assure maximum possible accuracy to prevent such

reporting of inaccurate information in Plaintiff's reports.

21.     In addition, Plaintiff disputed the inaccuracy to Defendant's and Defendant failed to

correct the inaccuracies.

22.     Under 15 U.S.C. §1681n and 15 U.S.C. §1681o,  Defendant is liable to the

Plaintiff for willfully and negligently failing to comply with the requirements imposed on

consumer reporting agencies of information under 15 U.S.C. §1681i wherein the

Defendant's failed to use reasonable procedures to reinvestigate Plaintiff's disputes and,

likewise, took inadequate action to correct Plaintiff's consumer reports or delete the false

data or otherwise conduct an appropriate, lawful reinvestigation.

23.     The conduct of Defendant was a direct and proximate cause, as well as a substantial

factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that

are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the

full amount of statutory, actual and punitive damages, along with the attorneys' fees and

the costs of litigation, as well as such further relief, as may be permitted by law.

WHEREFORE, Plaintiff seek judgment in Plaintiff's favor and damages against

the Defendant based on the following requested relief:

a.     Actual damages;

b.     Statutory damages;

c.     Punitive damages

d.     Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§1681n and

1681o; and

e.     Such other and further relief as may be necessary, just and proper

Respectfully submitted,
By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael Rapp #25702
Brian Johnson #26934
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
Telephone:    (913) 371-0727
Facsimile:
Email: aj@kcconsumerlawyer.com
         mr@kcconsumerlawyer.com
         bj@kcconsumerlawyer.com
Attorneys for Plaintiff

$7.290
US POSTAGE
FIRST-CLASS
0623G00924395
FROM 64111

CERTIFIED MAIL

7015 0640 0006 6275 8250

Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101



Equifax Information Services LLC
RA: Corporation Service Company
2900 Wanamaker Drive, Suite 204
Topeka, Kansas 66614